## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**F I L E D**

UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. _____

(To be supplied by the court)

'JUN 1 4 2019

JEFFREY P. COLWELL
CLERK

Gregory Morris Sanders, Plaintiff,

v.

Colorado Department of Corrections, et al,

Colorado Correctional Industries, – Transportation & Maintenance Depts. @ ACF, et al,

Alan WERNER, I.D.# 4861-Trans. Suprvsr. @ ACF, et al,

Marshall GRIFFITH, I.D.# 14298 - Vhcl. Maint. Suprvsr. @ ACF, et al,

Davis SLOAN, I.D.# 6123, et al,

Dennis (_____) Rank – Major, et al, Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

---

### PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Gregory Morris Sanders, 69076, CCCF, Olney Springs, CO 80162
(Name, prisoner identification number, and complete mailing address)

N/A
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
X____ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Alan WERNER, I.D.# 4861-Trans. Suprvsr. **(In care of David Linday Dir.:**

**1250 Academy Park Loop, Colorado Springs CO 80910)**

Defendant 2: Marshall GRIFFITH, I.D.# 14298 - Vhcl. Maint. Suprvsr. et al, See above addy

Defendant 3: Davis SLOAN, I.D.# 6123, et al, (See above CCI Address)

Defendant 4: Dennis (_____) Rank – Major, et al, (See above CCI Address)

2.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __X__ Yes ___ No (*check one*). Briefly explain:

In his official capacity he, negligently failed to insure that equipment which I

properly maintained, which was his duty to do so, to prevent injuries.

Defendant 1 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 2: _____

    (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Alan Werner, In his official capacity, negligently failed to insure that equipment I used was being properly maintained: 1. By not insuring that preventive maintenance of trailer doors were in order to make the doors glide downward and upward without becoming stuck, which caused me to instinctive action to help my co-worker with getting the door past its sticking and stuck points. 2. By not having had provided any safety training/instructions, seminars upon hiring me and up to the date of incident, only thereafter did he/CCI start monthly "Tool Box Talks, had such responsible on job training been performed prior to my working with any equipment the incident probably could have been avoided, because the training would have caused me to think about the danger associated with my uniformed action. 3.Defendant's knowledge of his duties to provide me with safe and maintained equipment was negligently deficient.

Defendant 2 is being sued in his/her _X_ individual and/or _X_ official capacity.

Defendant 3: _____

    (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

In his official capacity he, by failing to insure that equipment which I used was being properly maintained by insuring that the door rails of the trailer were greased/oiled in order to make the doors glide downward and or upward without becoming stuck, which caused me to instinctive action to help my co-worker

with getting the door past its sticking and stuck points, which was his duty to do so, to prevent my injuries.

_____

_____

Defendant 3 is being sued in his/her __X__ individual and/or __X__ official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__X___   42 U.S.C. § 1983 (state, county, and municipal defendants)

_____   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

_____   Other: *(please identify)* _____

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Negligence, cruel and unusual punishment by denying me and other "Offenders monetary relief for negligent personal injuries which occur.

Supporting facts: As per my Grievances:  Provided that the Defendants maintained proper maintenance of the defective trailer truck doors by insuring that the rails which house the pull down doors were greased/oiled to cause the doors to not become stuck and extremely difficult to

close/pull down, then I would not have, by their negligence to do so, incurred the disfiguring, distressingly painful and debilitating loss of my body parts.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? X  Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):        <u>Patrick Mulhern, Denver Police Officer</u>

Docket number and court:        <u>Do not have access</u>

Claims raised:        <u>Excessive Force</u>

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  <u>Dismissed</u>

Reasons for dismissal, if dismissed:    <u>Missed Deadline</u>

Result on appeal, if appealed:    <u>N/A</u>

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

☒ Yes ☒ No (*check one*)   Step 1, 2, 3   As to Avoid
AR 850 .04   cyclincal
denials.

**G.      REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is
needed to identify the relief you are requesting, use extra paper to request relief. Please indicate
that additional paper is attached and label the additional pages regarding relief as "G.
REQUEST FOR RELIEF."* **Compensation for the personal injury which I suffer from in the
amount of $250,000.00, because of the aforementioned negligent actions of the Defendants
whom are substantially responsible.**

**H.      PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)

(Form Revised December 2017)

# Notice of Intent

## to Sue via 1983

Suing   Alan Werner
        Marshell Griffith
        David Sloan
        CCI -
        CDOC

Major Dennis _____, over CCI

In care of David Lindsay,
    CCI Industries -
    4999 Oakland Street - Denver 80239

Greg Sanders - plaintiff
                        Dated
                        6/10/19

**Crowley County Correctional Facility**
COCF Facility
P O Box 100
Olney    in  , CO 81062-8700
LEGAL USE ONLY

# LEGAL MAIL

Indigent
Plaintiff

US courthouse
Amy -
901 19th street
Denver CO 80294



US POSTAGE PITNEY BOWES

ZIP 80204
02 4W
0000345735   JUN 12 2019

$ 002.05⁰

